

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2015

No. 04-15-00580-CR

Sergio Ibarra **JIMENEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11598
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's notice of appeal was timely filed. Appellant's motion for extension of time to file a notice of appeal is therefore denied as moot.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court